**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JOELSON DUMAS,**
**Plaintiff**

**CIVIL ACTION NO. 2:24-CV-00911-JDC-TPL**

**JUDGE: JAMES DAVID CAIN, JR.**

**v.**

**TRANSFINANCIAL COMPANIES, LLC,**
**Defendant**

**RULE 26(f) REPORT**

**Trial Date:** September 15, 2025

**Pretrial Conference Date:** August 26, 2025

**Type of Trial:** ☒ JURY ☐ BENCH

1. **Participants:** DaShawn Hayes, Counsel for Plaintiff, Joelson Dumas; E. Trent McCarthy, Counsel for Defendant, Transfinancial Companies, LLC.

2. **Affirmation Regarding Initial Disclosures:** Plaintiff submitted her initial disclosures to the Defendant on October 3, 2023. Defendant's Initial Disclosures were submitted to opposing counsel on September 27, 2023.

3. **Jurisdictional Basis:**
   Plaintiff does not dispute jurisdiction.
   Defendant does not dispute jurisdiction.

4. **Brief Description of Claims:**
   Plaintiff does not dispute jurisdiction.
   Defendant does not dispute jurisdiction.

5. **Brief Description of Claims:**
   Plaintiff claims that Defendant was obligated to cease communication with Plaintiff by virtue of a letter to Defendant to cease communication. Plaintiff claims that providing Defendant violated the FDCPA by communicating with Plaintiff by letter thereafter. Plaintiff alleges actual and statutory damages.

6. **Brief Statement of Responses:**
Defendant states that under the circumstances of the communications from Plaintiff that any subsequent communication was not a violation of the FDCPA and Defendant owes no obligation to Plaintiff under the facts of this matter.

7. **Anticipated Amendments to Pleadings and Motions:**
Plaintiff anticipates amending his original complaint to correct any and all typographical errors. At this time, Defendant does not anticipate amending its pleading, but reserves the right to do so in accordance with the Court's Scheduling Order.

8. **Anticipated Expert Witnesses:**
Plaintiff has not retained any expert witnesses, but reserves the right to do so in accordance with the Court's Scheduling Order. At this time, Defendant has not retained any expert witnesses, but reserves the right to do so in accordance with the Court's Scheduling Order.

9. **Discovery Plan:**
Plaintiff and Defendant both agree that discovery in this matter will not be complex or substantially time consuming and that discovery can be easily completed within the outline of the deadlines provided by the Court in its October 7, 2024 Scheduling Order.

10. **Stipulations:**
At this time, Plaintiff is unable to identify any stipulations. Defendant contends that it has not conducted enough discovery to be able to stipulate to any facts at this time.

11. **Major Issues of Fact and Law in Dispute:**
The parties agree that the major issues of fact and law in dispute will be fleshed out during the discovery process.

12. **Related Case Information:**
Plaintiff and Defendant state that, upon information and belief, there are no pending related cases.

13. **Alternative Dispute Resolution (ADR):**
Plaintiff and Defendant state that ADR may be a useful tool should this matter not be resolved via dispositive motions.

14. **Rule 16 Conference:**
Plaintiff and Defendant believe that a Rule 16 Conference would be beneficial.

15. **Electronic Courtroom:**
Plaintiff asserts that this case will not be document-intensive. Defendant does not believe that this case will be document-intensive.

**16. Electronically Generated Documents or Aids:**

The Plaintiff will require the use of electronic exhibits and aids in this matter. Defendant will require the use of electronically generated exhibits or aids.

**17. Handicap Provisions:**

Plaintiff and Defendant are not currently aware of the need for any handicap accommodations related to any parties or witnesses in this case.

Date: 10/10/2024

Respectfully Submitted

*S/ E. Trent McCarthy*

E. Trent McCarthy (#19697)
The McCarthy Law Firm
7922 Picardy Avenue
Baton Rouge, LA 70809
225-767-9055 Phone
TMcCarthy@TheMcCarthyLawFirm.com
Counsel for Transfinancial Companies, LLC

*S/ DaShawn Hayes*

Dashawn Hayes (#34204)
DaShawn Hayes Law Firm, PLC
1100 Poydras St., Ste 1530
New Orleans, LA
Telephone: 504-799-0374
Fax: 504-799-0365
Email: dphayesesquire@gmail.com