**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JOELSON DUMAS,**
**Plaintiff**

**CIVIL ACTION NO. 2:24-CV-00911-JDC-TPL**

**JUDGE: JAMES DAVID CAIN, JR.**

**v.**

**TRANSFINANCIAL COMPANIES, LLC,**
**Defendant**

**TRANSFINANCIAL COMPANIES, LLC's STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Defendant, Transfinancial Companies, LLC, submits this statement of material facts as to which there is no genuine issue.

1. Plaintiff, Dumas, sent a letter ("the Letter") to Transfinancial which is dated May 21, 2024. The Letter and a copy of the outside front of the envelope in which the Letter was contained is attached as an Exhibit - "Transfinancial A".

2. The Letter was delivered to Transfinancial on May 24, 2024 at 11:51 am CDT, as evidenced by the United States Postal Service tracking printout ("the Tracking Printout") is attached as an Exhibit – "Transfinancial B".

3. On May 29, 2024, Transfinancial's Dispute Department reviewed the Letter and identified two accounts placed for collection recovery against Dumas by Transfinancial clients. 1) Transfinancial account 1216983954 placed by Lake Charles Memorial Hospital (Lake Charles Memorial Hospital account #6951904-0001) for $2,009.15; and, 2) Transfinancial account 1216962104 placed by Professional Emergency Medicine (Professional Emergency Medicine account #12951280-44959) for $2,129.00.

4. For each placed collection account itemized in numbered paragraph 3, above, Transfinancial coded the accounts with action code "DNC", which served to prevent Transfinanical's collectors and collection system from contacting Dumas, absent further communication from Dumas requesting communication.

5. On June 4, 2024, Transfinancial received two letters ("the Dispute Letters"), each dated May 18, 2024, contained in one envelope with postage stamp date May 21,

2024. The Dispute Letters and copy of the outside front of the envelope is attached as an Exhibit – "Transfinancial C".

6. In response to the Dispute Letters, Transfinancial verified the Dumas disputes and communicated that verification to Dumas by June 7, 2024 letter and attachment to Dumas on the Professional Emergency Medicine account ("the PEM Verification"); and June 25, 2024 letter and attachment to Dumas on the Lake Charles Memorial Hospital account ("the LCMH Verification")., The PEM Verification is attached as an Exhibit – "Transfinancial D". The LCMH Verification is attached as an Exhibit – "Transfinancial E".

7. Exhibit – "Transfinanical F" is the Affidavit of Heather Ashford, Transfinancial Companies, LLC employee attesting to the truth of the facts set forth above and authenticity of the referenced documents being true and correct copies of the indicated business records of Transfinancial Companies, LLC.

Respectfully Submitted,

S/ E. Trent McCarthy

E. Trent McCarthy
LA Bar Roll #19697
7922 Picardy Avenue
Baton Rouge, LA 70809
225-767-9055 Phone
TMcCarthy@TheMcCarthyLawFirm.com