**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOELSON DUMAS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**TRANSFINANCIAL COMPANIES, LLC**<br><br>**Defendant.** | **No. 2:24-cv-00911** |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that the Plaintiff's Motion to Extend Pre-trial Deadlines and Continue Trial Date is **GRANTED** and that the jury trial set for September 15, 2025, and all related deadlines and hearings are **CONTINUED**. The matter is referred to the magistrate judge for a scheduling conference.

Lake Charles, Louisiana, this 8th day of July, 2025

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE